# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE MANITOWOC COMPANY, INC., Plaintiff, | Case No. 1:14-cv-09271 |
| v. MICHAEL J. KACHMER, CRAIG REUTHER and CHRISTOPHER BRISCH, Defendants. | Honorable John Z. Lee |

## STIPULATION FOR ORDER OF DISMISSAL

Plaintiff The Manitowoc Company, Inc. and Defendants Michael J. Kachmer, Craig Reuther, and Christopher Brisch (collectively referred to as the "Parties" and individually as "Party"), hereby stipulate and request the Court issue an Order:

1. Dismissing this action prejudice pursuant to a confidential settlement agreement and release.

2. Directing that each Party shall be responsible for its own attorney fees, costs and expenses.

AGREED to and REQUESTED this 8th day of June, 2018:

//s  Joel S. Aziere  
Counsel for Plaintiff

//s  Michael R. Levinson  
Counsel for Defendants